IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERESA PATTERSON, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.:2:18-cv-611-SRW |
| PUBLIX SUPERMARKETS, et al., | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the parties' joint stipulation of dismissal (Doc. 34), which comports with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is

ORDERED that the Clerk of Court is directed to close this case and to annotate the docket to reflect that this matter is DISMISSED WITH PREJUDICE.  Costs are taxed as paid.

Done, on this the 31st day of July, 2019.

/s/ Susan Russ Walker
Susan Russ Walker
United States Magistrate Judge